UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORDAN KIMBALL,

Plaintiff,

v.

SACRAMENTO COUNTY DISTRICT ATTORNEY'S OFFICE, et al.,

Defendants.

No. 2:26-cv-0598-DAD-SCR PS

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

(Doc. Nos. 3, 13)

Plaintiff Jordan Kimball is proceeding *pro se* and *in forma pauperis* in the above-captioned civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction (Doc. No. 3), be denied. (Doc. No. 13.) Specifically, the magistrate judge concluded that plaintiff's original complaint failed to state a cognizable claim and that even if it did, plaintiff had failed to show a likelihood of success on the merits of his claim and also had failed to sufficiently identify the injunctive relief he was seeking. (*Id.* at 9.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*. at 12.) To date, no

objections to the findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 28, 2026 (Doc. No. 13) are adopted in full;
2. Plaintiff's motion for a preliminary injunction (Doc. No. 3), is denied; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 8, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE